| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition<br>#2206$004 |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MENTEER, AL L. | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>MENTEER, HEIDI M. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>6008 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>9685   C4-21721 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>147 Yarderdale Drive<br>Rochester, New York 14615 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>147 Yarderdale Drive<br>Rochester, New York 14615 |
| County of Residence or of the<br>Principal Place of Business:   Monroe | County of Residence or of the<br>Principal Place of Business:   Monroe |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☒ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Estimated Assets** | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☒ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ | |
| **Estimated Debts** | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☒ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ | |

| (Official Form 1) (12/03) | | FORM B1, Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s) **AL L. MENTEER, HEIDI M. MENTEER** | |
| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

X *[signed] Al L. Menteer*
Signature of Debtor

X *[signed] Heidi M. Menteer*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date 4/21/04

X *[signed]*
Signature of Attorney for Debtor
**Louis A. Ryen, Esq.,**
Printed Name of Attorney for Debtor(s) / Bar No.
**Lacy Katzen Ryen & Mittleman LLP**
Firm Name
**130 E. Main Street (Granite Bldg)**
Address
**Rochester, NY 14604**

585-454-5650                      585-454-6525
Telephone Number
Date 4/21/04

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *[signed]*                                    4/21/04
Signature of Attorney for Debtor(s)              Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c))

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

*[Filed stamp: 04 APR 22 PM 1:38 U.S. BANKRUPTCY COURT WDNY-ROCHESTER]*

Chase Bankcard Services
P.O. Box 15583
Wilmington, DE 19886


Direct Merchants Bank
P.O. Box 21550
Tulsa, OK 74121-1550`


Discover
P.O. Box 15251
Wilmington, DE 19886-5251


Firstar Bank N.A.
P.O. Box 790167
St. Louis, MO 63179-0167


GE Capital Financial Inc.
P.O. Box 10382
Roswell, GA 30076


IPC
P.O. Box 23150
Rochester, NY 14692-3150


J.C. Penney
P.O. Box 960001
Orlando, FL 32896-0001


Kathleen Tsymbal
52 Sunset Drive
Rochester, NY 14606


Keith Rothman, Esq.
Rubin & Rothman, LLC
1787 Veterans Highway
Islandia, NY 11749

MBNA America
P.O. Box 15102
Wilmington, DE 19886-5102


MBNA America
P.O. Box 15137
Wilmington, DE 19886-5137


Nova Star Mortgage, Inc.
6150 Oak Tree Blvd., 3rd floor
Cleveland, OH 44131


Sam's Club/MCCBG
P.O. Box 105980, Dept. 77
Atlanta, GA 30353-5980


Sears
P.O. Box 182149
Columbus, OH 43218-2149


Steuben County Treasurer
3 East Pulteney Square
Bath, NY 14810


The Bon-Ton
P.O. Box 17598
Baltimore, MD 21297-1598


The Home Depot/GECF
P.O. Box 530920, Dept. 98
Atlanta, GA 30353-0920


Wegmans
c/ CBCS
821 Pre-Emption Road, Bldg. 100
Geneva, NY 14456-2061

Wells Fargo Financial
P.O. Box 94498
Las Vegas, NV 89193-4498


Wells Fargo Financial
P.O. Box 98796
Las Vegas, NV 89193-8796